## **STATEMENT OF FACTS**

On May 12, 2019, at approximately 6:29 p.m., officers with the Metropolitan Police Department Gun Recovery Unit drove onto cul-de-sac of a public housing complex in the area of 308 Ridge Road, S.E., Washington, D.C. The officers observed the defendant, Tyrell Gales in the driver's seat of a Toyota Corolla which was quickly backing up at the end of a cul-de-sac. The officers drove toward the Corolla and the defendant began repeatedly honking the horn of the vehicle. The defendant then got out of the driver's seat of the Corolla and quickly walked away from the vehicle. Several officers began to speak with the defendant while other officers approached the Corolla and determined that the defendant had been the sole occupant of the Corolla. An officer looked through the driver's side window of the Corolla and immediately saw a black semi-automatic pistol lying in plain view in the middle of the driver's side floorboard. The officer voiced the code word for a firearm to the other officers. The officers detained the defendant and as they were attempting to place him in handcuffs the defendant struggled with the officers and threw the keys for the Corolla against the side of a building. The keys were recovered by the officers and were used to open the locked Corolla. The officers entered the Corolla and recovered a loaded (13 rounds) Springfield Armory .40 caliber pistol from the driver's side floorboard.

Based on a review of a criminal history check, the defendant, Tyrell Gales, has a prior conviction for an offense punishable by a term of imprisonment exceeding one year in Alexandria, Virginia, Circuit Court, Criminal Case No. GCC12004458-59-00, and the defendant is therefore prohibited from possessing a firearm pursuant to Title 18, U.S.C. Section 922(g), felon in possession of a firearm. Before filing this complaint, the officer reviewed at least one computer print-out of Tyrell Gales' criminal history and it showed that he had been convicted of such crime.

_____
DETECTIVE KIRK DEL PO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MAY, 2019.

_____
MICHAEL G. HARVEY,
UNITED STATES MAGISTRATE JUDGE FOR THE DISTRICT OF COLUMBIA